ACCEPTED
03-14-00257-CV
3885195
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 4:13:23 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00257-CV

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 4:13:23 PM
JEFFREY D. KYLE
Clerk

**Maverick County, City of Eagle Pass, Maverick County Hospital District, Maverick County Environmental and Public Health Association, and George Baxter,**
***Appellants,***
**v.**
**Railroad Commission of Texas,**
***Appellee.***

On Appeal from the 261st Judicial District Court
Travis County, Texas
Cause No. D-1-GV-13-000416

## APPELLEE INTERVENORS
## DOS REPUBLICAS COAL PARTNERSHIP,
## THE NORTH AMERICAN COAL CORPORATION,
## AND CAMINO REAL FUELS, LLC NOTICE OF INTENT TO ARGUE

Pursuant to the clerk's request by letter dated January 21, 2015, Appellee Intervenors Dos Republicas Coal Partnership, the North American Coal Corporation, and Camino Real Fuels, LLC, file this Notice of Intent to argue this case before the Court of Appeals, Third District of Texas. Bill Cobb will present oral argument on behalf of Appellee Intervenors Dos Republicas Coal Partnership, the North American Coal Corporation, and Camino Real Fuels, LLC.

Respectfully Submitted,

By: */s/ Bill Cobb*
    Bill Cobb
    State Bar No. 00796372
    bill@cobbxcounsel.com
    Jenny Smith
    State Bar No. 24079357
    jenny@cobbxcounsel.com
    COBB & COUNSEL
    401 Congress Avenue
    Suite 1540
    Austin, Texas 78701
    (512) 693-7570
    (512) 687-3432 – Facsimile

**ATTORNEYS FOR APPELLEE INTERVENORS DOS REPUBLICAS COAL PARTNERSHIP, THE NORTH AMERICAN COAL CORPORATION, AND CAMINO REAL FUELS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2015, a true and correct copy of the foregoing document has been served upon the parties listed on the attached service list by certified mail or email, as applicable.

*/s/ Bill Cobb*
Bill Cobb

# SERVICE LIST

Ms. Kathy Keils, Attorney
Railroad Commission of Texas
1701 North Congress Avenue
Austin, Texas 78701
P. O. Box 12967
Austin, Texas 78711-2967
Facsimile: (512) 463-6989
Email: kathy.keils@rrc.state.tx.us

Mr. Pete Nielsen, President
Camino Real Fuels, LLC
5340 Legacy Drive, Bldg. 1, Ste. 300
Plano, Texas 75024
Facsimile: (318) 932-9990
Email: pete.nielsen@nacoal.com

Mr. David O. Frederick, Attorney     *Representing Maverick County*
Ms. Marisa Perales, Attorney
Mr. Samuel Day-Woodruff, Attorney
707 Rio Grande, Ste. 200
Austin, Texas 78701
Facsimile: (512) 482-9346
Email: dof@lf-lawfirm.com
Email: marisa@lf-lawfirm.com62

Mr. Charles R. Roberts, Attorney     *Representing City of Eagle Pass and*
Mr. Heriberto Morales, Jr., Attorney     *Maverick County Hospital District*
Langley & Banack Incorporated
Trinity Plaza II
745 East Mulberry, Suite 900
San Antonio, Texas 78212-3166
Facsimile: (210) 735-6889
Email: croberts@langleybanack.com
Email: hmorales@langleybanack.com

Ms. Maria A. Torres
Pro Se
935 W. Silver Sands Dr., #2705
San Antonio, Texas 78216

*Pro Se, Representing Pacuache
Clan of Texas*

Mr. Javier Riojas, Attorney
Texas Rio Grande Legal Aid, Inc.
542 East Main Street
P.O. Box 2001
Eagle Pass, Texas 78853
Facsimile: (830) 773-5806
Email: jriojas@trla.org

*Representing Maverick County
Environmental and Public
Health Association and George Baxter*

Mr. Enrique Valdivia, Attorney
Texas Rio Grande Legal Aid, Inc.
1111 N. Main Ave,
San Antonio, Texas 78212
Facsimile: (210) 212-3774
Email: evaldivia@trla.org

*Representing Maverick County
Environmental and Public Health
Association and George Baxter*

Ms. Celeste P. Lira, Attorney
Brin & Brin
6223 IH 10 West
San Antonio, Texas 78201
Facsimile: (210) 341-1854
Email: clira@brinandbrin.com

*Representing City of Eagle Pass and
Maverick County Hospital District*

Mr. George Baxter
P. O. Box 951
Eagle Pass, Texas 78853

John Griffin
Railroad Commission of Texas
1701 North Congress Avenue
Austin, Texas 78701
P. O. Box 12967
Austin, Texas 78711-2967
Email: John.Griffin@rrc.state.tx.us

Cynthia Woelk
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General of Texas
P. O. Box 12548
Austin, Texas 78711-2548
Facsimile: (512) 320-0052
Email: cynthia.woelk@texasattorneygeneral.gov

Nancy Elizabeth Olinger
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General of Texas
P. O. Box 12548
Austin, Texas 78711-2548
Facsimile: (512) 320-0052
Email: nancy.olinger@texasattorneygeneral.gov